UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, NEW ENGLAND CABLE & TELECOMMUNICATIONS ASSOCIATION, AND USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br>        Plaintiffs,<br><br>v.<br><br>PHILIP B. SCOTT, in his official capacity as the Governor of Vermont; SUSANNE R. YOUNG, in her official capacity as the Secretary of Administration; JOHN J. QUINN III, in his official capacity as the Secretary and Chief Information Officer of the Vermont Agency of Digital Services; and JUNE E. TIERNEY, in her official capacity as the Commissioner of the Vermont Department of Public Service,<br>        Defendants. | Case No. 2:18-cv-167 |

DISCOVERY CERTIFICATE

I hereby certify that on this 8th day of February 2019, I served Defendants' First Set of Jurisdictional Discovery Requests upon the following by sending the same by US first class mail, postage prepaid:

Adam Tuetken, Esq.
Matthew A. Brill, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004

David M. Pocius, Esq.
Paul Frank + Collins PC
1 Church Street
Burlington, VT  05402-1307

| | |
|---|---|
| Brendan J. Crimmins, Esq.<br>Rachel P. May, Esq.<br>Scott H. Angstreich, Esq.<br>Kellogg, Hansen, Todd, Figel &<br>Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036-3209 | Jeffrey A. Lamken, Esq.<br>MoloLamken LLP<br>600 New Hampshire Avenue, NW,<br>Suite 660<br>Washington, DC 20037 |

DATED at Montpelier, Vermont this 8th day of February 2019.

                                          STATE OF VERMONT

                                        THOMAS J. DONOVAN, JR.
                                        ATTORNEY GENERAL

By:    */s/ David Boyd*
         David Boyd
         Assistant Attorney General
         Office of the Attorney General
         109 State Street
         Montpelier, VT 05609-1001
         (802) 828-1101
         David.Boyd@vermont.gov

         Counsel for Defendants