NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

American Cable Association, et al.,

                    v.                                    Case No. 2:18-cv-167

Philip B. Scott, et al.


TAKE NOTICE that the above-entitled case has been scheduled  at 10:00 a.m., on, Thursday, April 11, 2019, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a hearing on Motions to Dismiss and Partially Consented to Motion to Stay or Phase Discovery and for Summary Judgment (docs. 24, 28).

Location: 542                              JEFFREY S. EATON, Clerk
                                           By: */s/ Jennifer B. Ruddy*
                                           Deputy Clerk
                                           2/11/2019


TO:

Adam Tuetken, Esq.
Brendan Crimmins, Esq.
David Pocius, Esq.                  *The court has allotted two (2) hours for this*
Jeffrey Lamken, Esq.                *hearing.  Please contact the court if you*
Matthew Brill, Esq.                 *anticipate your hearing will exceed the time*
Matthew Murchison, Esq.             *allotted.*
Rachel May, Esq.
Scott Angstreich, Esq.

David Boyd, AAG

Court Reporter