UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, NEW ENGLAND CABLE & TELECOMMUNICATIONS ASSOCIATION, AND USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br>        Plaintiffs,<br><br>v.<br><br>PHILIP B. SCOTT, in his official capacity as the Governor of Vermont; SUSANNE R. YOUNG, in her official capacity as the Secretary of Administration; JOHN J. QUINN III, in his official capacity as the Secretary and Chief Information Officer of the Vermont Agency of Digital Services; and JUNE E. TIERNEY, in her official capacity as the Commissioner of the Vermont Department of Public Service,<br>        Defendants. | Case No. 2:18-cv-167 |

## **CONSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants, Philip B. Scott, Susanne R. Young, John J. Quinn, III and June E. Tierney, in their official capacities (Defendants), by their undersigned attorney, respectfully request leave to file a Reply Memorandum of Law in excess of the ten-page limitation imposed by the Local Rules. Defendants seek leave to file a fifteen-page brief because the reply memoranda must address multiple, complex, constitutional issues.

Plaintiffs have consented to the relief sought by this motion.

2

DATED at Montpelier, Vermont this 13th day of February 2019.

                        STATE OF VERMONT

                        THOMAS J. DONOVAN, JR.
                        ATTORNEY GENERAL

By:    */s/ David Boyd*
        David Boyd
        Assistant Attorney General
        Office of the Attorney General
        109 State Street
        Montpelier, VT 05609-1001
        (802) 828-1101
        David.Boyd@vermont.gov

        Counsel for Defendants