IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, NEW ENGLAND CABLE & TELECOMMUNICATIONS ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>      Plaintiffs,<br><br>  v.<br><br>PHILIP B. SCOTT, in his official capacity as the Governor of Vermont; SUSANNE R. YOUNG, in her official capacity as the Secretary of Administration; JOHN J. QUINN III, in his official capacity as the Secretary and Chief Information Officer of the Vermont Agency of Digital Services; and JUNE E. TIERNEY, in her official capacity as the Commissioner of the Vermont Department of Public Service<br><br>      Defendants. | Case No. 2:18-cv-00167-CR |

**[PROPOSED] ORDER REGARDING CONTINGENT EXTENSION OF PENDING DEADLINES**

   Plaintiffs and Defendants have jointly submitted a Stipulation Regarding Temporary Stay of Litigation and Injunction Barring Enforcement of Executive Order No. 2-18 and Act 169, as well as a Stipulation Regarding Contingent Extension of Pending Deadlines—with the latter Stipulation aimed at conserving judicial and party resources while the Court considers the former Stipulation. Having considered the latter Stipulation, and with good cause appearing, the Court orders as follows:

1.	Defendants' brief in opposition to Plaintiffs' motion for summary judgment shall be filed on or before March 25, 2019 (unless the Temporary Stay and Injunction is granted).

2.	Plaintiffs' responses to Defendants' discovery requests shall be served on or before April 12, 2019 (unless the Temporary Stay and Injunction is granted).

**IT IS SO ORDERED**

Dated:  _____	_____

Hon. Christine Reiss

7558403_1:13307-00001