U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 DEC 17 PM 1:03

CLERK
BY_____ltw_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, NEW ENGLAND CABLE & TELECOMMUNICATIONS ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP B. SCOTT, in his official capacity as the Governor of Vermont; SUSANNE R. YOUNG, in her official capacity as the Secretary of Administration; JOHN J. QUINN III, in his official capacity as the Secretary and Chief Information Officer of the Vermont Agency of Digital Services; and JUNE E. TIERNEY, in her official capacity as the Commissioner of the Vermont Department of Public Service<br><br>Defendants. | Case No. 2:18-cv-00167-CR |

**ORDER REGARDING TEMPORARY STAY OF LITIGATION
AND INJUNCTION BARRING ENFORCEMENT OF
EXECUTIVE ORDER NO. 2-18 AND ACT 169**

Plaintiffs the American Cable Association (now known as ACA Connects – America's Communications Association), CTIA – The Wireless Association, NCTA –The Internet & Television Association, New England Cable & Telecommunications Association, and USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendants Philip B. Scott, Susanne R. Young, John J. Quinn III, and June E. Tierney in their official capacities ("Defendants," and collectively with Plaintiffs, the "Parties") have submitted a Stipulation

regarding Temporary Stay of Litigation and Injunction Barring Enforcement of Executive Order No. 2-18 and Act 169. Having considered the Stipulation, and good cause appearing, the Court orders as follows:

1. Further proceedings in this action shall be stayed until the U.S. Court of Appeals for the Ninth Circuit has resolved the pending appeal in *ACA Connects, et al. v. Becerra*, No. 21-15430 (9th Cir.) or April 15, 2022, whichever occurs first.

2. In any new solicitation of bids to provide broadband Internet access service issued after April 22, 2021, or in any new contract to procure broadband Internet access service entered into after April 22, 2021, the State of Vermont may require that any Internet service provider that submits a bid or enters into a contract will commit to adhere to the net neutrality principles set forth in Executive Order No. 2-18 and Act 169. In any response to such a bid solicitation or in any such procurement contract, the Internet service provider may include a reservation of rights indicating that any net neutrality commitments made therein are unenforceable during the stay period and shall be rescinded in the event that Executive Order No. 2-18 and Act 169 are invalidated. No Internet service provider may be disqualified from a procurement opportunity for including such a reservation of rights in any response to a bid solicitation or in any procurement contract.

3. Defendants shall be enjoined from taking any action to enforce, or direct the enforcement of, contractual clauses contained in any contracts entered into after April 22, 2021 requiring Internet service providers to commit to adhere to the net neutrality principles set forth in Executive Order No. 2-18 and Act 169 based upon conduct occurring during the period of the stay. Notwithstanding any limitation placed upon Defendants in this order, nothing shall preclude Defendants from any enforcement action arising out of a false or misleading statement

or omission made by an Internet service provider in their respective network management disclosures or other publications.

4. Plaintiffs shall not seek attorneys' fees based on time spent litigating this action prior to the dissolution of the stay in accordance with the Parties' stipulation.

5. The Parties' stipulation shall not be construed as bearing on the merits of the action, be considered precedent in this or any other matter, or be considered in the adjudication of any dispositive motions.

**IT IS SO ORDERED**

Dated: 12/17/21

Hon. Christina Reiss
U.S. District Court Judge