U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 APR 19  PM 4: 02

CLERK

BY

DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, NEW ENGLAND CABLE & TELECOMMUNICATIONS ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP B. SCOTT, in his official capacity as the Governor of Vermont; SUSANNE R. YOUNG, in her official capacity as the Secretary of Administration; JOHN J. QUINN III, in his official capacity as the Secretary and Chief Information Officer of the Vermont Agency of Digital Services; and JUNE E. TIERNEY, in her official capacity as the Commissioner of the Vermont Department of Public Service<br><br>Defendants. | Case No. 2:18-cv-00167-CR |

### ORDER REGARDING TEMPORARY STAY OF LITIGATION

Plaintiffs the American Cable Association (now known as ACA Connects – America's

Communications Association), CTIA – The Wireless Association, NCTA –The Internet &

Television Association, New England Cable & Telecommunications Association, and

USTelecom – The Broadband Association (collectively, "Plaintiffs"), and Defendants Philip B.

Scott, Susanne R. Young, John J. Quinn III, and June E. Tierney in their official capacities

("Defendants," and collectively with Plaintiffs, the "Parties") have submitted a Stipulation

regarding Temporary Stay of Litigation.  Having considered the Stipulation, and good cause appearing, the Court orders as follows:

1.      Further proceedings in this action shall be stayed until the Second Circuit has resolved the pending appeal in *New York State Telecomm. Ass'n v. James*, No. 21–1975 (2d Cir.).

2.      The injunction entered by the Court on December 17, 2021, will expire on April 15, 2022.

3.      Plaintiffs shall not seek attorneys' fees based on time spent litigating this action prior to the dissolution of the stay in accordance with the Parties' stipulation.

4.      The Parties' stipulation shall not be construed as bearing on the merits of the action, be considered precedent in this or any other matter, or be considered in the adjudication of any dispositive motions.

**IT IS SO ORDERED**

Dated:  4/19/22

Hon. Christina Reiss
U.S. District Court Judge